# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AURORA RASCON,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS, et al.<br><br>    Defendants. | Case No.: 1:13-cv-01578 AWI JLT<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 6) |

On October 30, 2013, counsel filed a stipulation in which they agreed Plaintiff could file a first amended complaint in which the defendants are properly named. (Doc. 6) Likewise, Plaintiff agreed she would not seek remand of the matter to the state court. Id.

Based upon the foregoing, the Court **ORDERS**:

1. The stipulation allowing the filing of the first amended complaint is **GRANTED**. Plaintiff SHALL file first amended complaint within two court days after service of this order;

2. The Court accepts the stipulation that Plaintiff will not seek remand of this matter.

IT IS SO ORDERED.

Dated: **November 8, 2013**        /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE