# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA AURORA RASCON,** | **CASE NO. 1:13-CV-1578 AWI JLT** |
| **Plaintiff** | |
| v. | **ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION AND ORDER CORRECTING DOCKET** |
| **DIVERSIFIED MAINTENANCE SYSTEMS, a Florida limited liability company, and BEST BUY STORES, L.P., a Virginia limited partnership,** | |
| **Defendants** | |

Defendant Diversified Maintenance Systems has filed a motion to dismiss that is set for hearing on January 13, 2014.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Additionally, the Court notes that an amended complaint was filed that corrected the name of Defendant Best Buy, dropped Defendant Diversified Maintenance Systems, Inc., a Utah corporation, and added Defendant Diversified Maintenance Systems, a Florida limited liability.  However, the docket does not accurately reflect the changes that have been made.  The Court will order the Clerk to correct the docket so as to more accurately correspond to the First Amended Complaint.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of January 14, 2014, is VACATED;
2. As of January 13, 2014, the Court will take the matter under submission, and will thereafter issue its decision;

3. The Clerk shall correct the docket to reflect that Defendant Diversified Maintenance Systems, Inc., a Utah corporation, was terminated from this case on November 11, 2013; and

4. The Clerk shall change the name of Defendant Best Buy Enterprise Services, Inc., a Minnesota Corporation doing business as Best Buy Stores, L.P. to "Best Buy Stores, L.P., a Virginia limited partnership."

IT IS SO ORDERED.

Dated:   January 7, 2014                         _____
                                                  SENIOR DISTRICT JUDGE