1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   MARIA AURORA RASCON,                    Case No.: 1:13-cv-01578 AWI JLT

12          Plaintiff,                       ORDER GRANTING STIPULATED
                                             PROTECTIVE ORDER
13          vs.
                                             (Doc. 27)
14   DIVERSIFIED MAINTENANCE SYSTEMS,
     et al.,

15          Defendants.

16

17          Based upon the stipulation of the parties, the Court **ORDERS**:

18          1.      The stipulated protective order is **GRANTED AS MODIFIED** below:

19                  a.      As to paragraph 10, no motion may be filed without prior compliance

20   with the Court's scheduling order (Doc. 22 at 4) and authorization of the Court;

21                  b.      As to paragraph 10, no document may be filed under seal absent an order

22   of the Court and compliance with the procedures set forth in Local Rule 141.

23

24   IT IS SO ORDERED.

25       Dated:   __July 8, 2014__                    ___/s/ Jennifer L. Thurston__
                                                      UNITED STATES MAGISTRATE JUDGE
26

27

28