UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AURORA RASCON, an individual, | Case No: 1:13-cv-01578 JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT BEST BUY ONLY |
| v. | |
| DIVERSIFIED MAINTENANCE SYSTEMS, INC., a Utah Corporation; BEST BUY STORES, L.P., a Virginia limited partnership, | (Doc. 38) |
| Defendants. | |

The Stipulation of Dismissal with Prejudice filed by Plaintiff Maria Aurora Rascon Defendant Best Buy Stores, L.P. (erroneously sued as Best Buy Enterprise Services, Inc.) ("Best Buy"), and Defendant Diversified Maintenance Services is **GRANTED** and it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a), this entire action shall be, and is, dismissed **WITH PREJUDICE** as to all claims asserted by Plaintiff against Best Buy. Plaintiff and Best Buy shall bear their own attorneys' fees and costs as to the dismissed claims.

IT IS SO ORDERED.

Dated:   **March 10, 2015**                       /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE