# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AURORA RASCON, an individual, </br></br>       Plaintiff, </br></br> v. </br></br> DIVERSIFIED MAINTENANCE SYSTEMS,INC., a Utah Corporation; BEST BUY STORES, L.P., a Virginia limited partnership, </br></br>       Defendants. | Case No.: 1:13-cv-01578 JLT </br></br> ORDER AFTER NOTICE OF SETTLEMENT </br></br> (Doc. 45) |

The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the Parties' settlement agreement and filing of a stipulation of dismissal. (Doc. 45)  Therefore, the Court **ORDERS**:

1. The stipulated request for dismissal SHALL be filed **no later than August 3, 2015**;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **June 15, 2015**                              **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE