# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AURORA RASCON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS,INC, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-01578 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH THE COURT'S ORDERS |

On June 15, 2015, the Parties notified the court they had reached a settlement. (Doc. 45) In response, the Court ordered all upcoming case dates vacated and the parties to file a stipulation requesting dismissal no later than August 3, 2015. (Doc. 46) This did not occur and the parties have not notified the Court of any impediment to doing so. Thus, the Court **ORDERS**:

1. Within seven days, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to file the stipulated request for dismissal as ordered. Alternatively, within this same seven-day period, they may file the stipulated request for dismissal.

IT IS SO ORDERED.

Dated:   **August 7, 2015**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE