UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AURORA RASCON, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS,INC, et al.,<br><br>　　　Defendants. | Case No.: 1:13-cv-01578 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER DISMISSING THE MATTER |

On June 15, 2015, the Parties notified the court they had reached a settlement. (Doc. 45) Due to their failure to file the request for dismissal within the time period proscribed, the Court ordered the parties to show cause why sanctions should not be imposed or to file the dismissal. (Doc. 47) The parties immediately filed a stipulation to dismiss the matter. (Doc, 48) Thus, the Court **ORDERS**:

　　　1.　　The order to show cause is **DISCHARGED**;

　　　2.　　The matter is **DISMISSED** with each party bearing their own fees/costs.

IT IS SO ORDERED.

　　Dated:　**August 11, 2015**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE